▉ MICHAEL J. SNYDER et al., Appellants, v CHARLES J. COLLETTA et al., Respondents. (Appeal No. 2.) [716 NYS2d 634] —Appeal unanimously dismissed without costs (*see, Tuff & Rumble Mgt. v Landmark Distribs.,* 254 AD2d 15). (Appeal from Order of Supreme Court, Monroe County, Frazee, J.— New Trial.) Present—Pine, J. P., Wisner, Balio and Lawton, JJ.

▉ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE J. BARNES, Appellant. [716 NYS2d 345] —Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that the sentence is neither unduly harsh nor severe (*see,* CPL 470.15 [6] [b]). To the extent that defendant contends in his *pro se* supplemental brief that the record on appeal is inaccurate, that contention is based upon evidence outside of the record and thus must be raised by a postjudgment motion under CPL article 440 (*see, People v Pike,* 254 AD2d 727, 729). Furthermore, the contention of defendant that he was denied effective assistance of appellate counsel is premature and must be raised in a common-law coram nobis proceeding brought in this Court (*see, People v Bachert,* 69 NY2d 593, 595-596; *People v Cruz,* 270 AD2d 890, *lv denied* 95 NY2d 833). We have reviewed the remaining contentions in the *pro se* supplemental brief and conclude that they are without merit. (Appeal from Judgment of Monroe County Court, Maloy, J.—Burglary, 2nd Degree.) Present—Pine, J. P., Wisner, Scudder and Kehoe, JJ.